relief. *See Vandenberg v. Rodgers*, 801 F.2d 377, 378 (10th Cir.1986). Further, we decline review of his claim for monetary damages raised for the first time on appeal because Richardson has not alleged exceptional circumstances. *See Muth v. United States*, 1 F.3d 246, 250 (4th Cir.1993).

Accordingly, we deny a certificate of appealability and dismiss Richardson's appeal as moot. Further, we deny Richardson's motion to proceed on appeal in forma pauperis. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*

PER CURIAM.

Ronald Alfred Giles, Jr., appeals the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp.2001). We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal. *See Giles v. Edwards*, No. CA–00–789 (W.D.Va. July 5, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*

Ronald Alfred GILES, Jr., Petitioner–Appellant,

v.

Lisa EDWARDS, Warden, Respondent–Appellee.

No. 01–7268.

United States Court of Appeals, Fourth Circuit.

Submitted Jan. 17, 2002.

Decided Feb. 7, 2002.

Ronald Alfred Giles, Jr., Pro Se. Marla Graff Decker, Assistant Attorney General, Richmond, Virginia, for Appellee.

Before WIDENER, WILLIAMS, and TRAXLER, Circuit Judges.

William A. VENEY, Petitioner–Appellant,

v.

Ronald ANGELONE, Director, Respondent–Appellee.

No. 01–7387.

United States Court of Appeals, Fourth Circuit.

Submitted Jan. 18, 2002.

Decided Feb. 7, 2002.

William A. Veney, Pro Se. Eugene Paul Murphy, Office of the Attorney General of Virginia, Richmond, Virginia, for Appellee.

Before NIEMEYER, TRAXLER, and GREGORY, Circuit Judges.